NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COLLECTIVE EDGE, LLC, FERG'S SPORTS BAR & GRILL, INC., CARLOS LOPEZ, JR., COLLEEN A. LOPEZ,**

*Plaintiffs-Cross-Appellants*

**v.**

**UNITED STATES,**

*Defendant-Appellant*

---

2024-2095, 24-2154

---

Appeal from the United States Court of Federal Claims in No. 1:20-cv-00034-AOB, 1:20-cv-00048-AOB, 1:20-cv-00159-AOB, Judge Armando O. Bonilla.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                              COLLECTIVE EDGE, LLC V. US

(2)  Each side shall bear their own costs.

FOR THE COURT

September 18, 2024
       Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** September 18, 2024